UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 23-CR-20023 |
| ) | |
| BRETT BARTLETT, ) | |
| ) | |
| Defendants. ) | |

BRETT BARTLETT'S SENTENCING MEMORANDUM

Defendant, Brett Bartlett, by and through his attorney Peter J. Lynch, hereby files his Sentencing Memorandum. In support thereof, Defendant states as follows:

I. Background

1. On May 2, 2023, the United States Government Indicted Defendant, Brett Bartlett, indicted on three counts Wire Fraud, one count of Mail Fraud, one count of Securities Fraud, and one count of Money Laundering.

2. On April 29, 2024, Mr. Bartlett appeared before U.S. Magistrate Judge Eric I. Long and plead guilty to all six counts. On May 14, 2024, United States District Judge Colin S. Bruce accepted Mr. Bartlett's plea of guilty.

3. Sentencing is currently set for November 25, 2024.

II. Attachments

1. Personal Statement of Brett Bartlett.

2. Restitution Plan of Brett Bartlett.

3. Release Plan of Brett Bartlett.

4. Letter of Support from Noel Bartlett, wife of Brett Bartlett.

5. Letter of Support from Laurie Bartlett, mother of Brett Bartlett.

6. Letter of Support from Michael Bartlett, father of Brett Bartlett.

7. Letter of Support from Cody Smith, friend of Brett Bartlett.

8. Letter of Support from Glyn Kennedy, friend of Brett Bartlett.

9. Letter of Support from Shea Smith, friend of Brett Bartlett.

10. Letter of Support from Lauren Lozano, friend of Brett Bartlett.

11. Letter of Support from Marisol Martinez, Volunteer Coordinator for Meals on Wheels of Orange County.

12. Letter of Support from Michael Santos, Prison Professors Charitable Corporation.

WHEREFORE, Defendant, Brett Bartlett, respectfully requests this Honorable Court impose a sentence well below the guideline recommendations and for such other relief as this Court deems just, necessary, and fair.

Date: November 11, 2024

Respectfully submitted,

/s/ Peter J. Lynch
Attorney for Defendant Brett Bartlett
4600 N. Brandywine Dr., Suite 200
Peoria, IL 61614
Phone: (309) 688-9400
plynch@hrbklaw.com

CERTIFICATE OF SERVICE

    I hereby certify that on November 11, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Eugene Miller, U.S. Attorney's Office, 201 S. Vine St., Urbana, IL 61802.

        By: s/Peter J. Lynch
            Peter J. Lynch, Attorney for Defendant