Brett Bartlett
625 Hartford Avenue
Huntington Beach, CA  92648


Honorable Colin S. Bruce
United States District Judge
Central District of Illinois
United States Courthouse
201 S. Vine Street
Urbana, IL  61802


Dear Judge Bruce:

Thank you for taking the time to consider this personal statement.

I am deeply ashamed of myself for committing such serious crimes in this case. For several years, I lied to investors about my companies, 7M E-group and Dynasty Toys. I exaggerated the companies' success, misrepresented our assets, overstated possible returns, and misused investor funds for my personal benefit. Even when I knew the companies were in dire financial trouble, I continued to mislead my victims in order to solicit additional investment. My terrible choices and behavior defrauded approximately 1,075 victims for a total of $22.5 million dollars.

I accept full responsibility for my reprehensible acts of fraud. My actions caused immeasurable emotional pain and financial losses to people who believed in me. I hope my punishment provides some measure of justice and closure to all my victims and their families.

Many of the Central Illinois investors welcomed me into their homes and trusted me to be honest and honorable. They invested hard-earned money, some of which was in their retirement accounts. Then, as my business ventures lost more and more money, my lies became more brazen. I took bigger risks and hurt more people as I became desperate and deluded. I have absolutely no excuse for my actions and will accept my punishment with humility.

Your Honor, my business did not begin as a fraudulent scheme but that does not excuse my criminal behavior. After my company achieved early success, I saw no obstacle to continuous growth. I invited other people to join this growing enterprise because I wanted to share the prosperity. Sadly, as a result of my criminal conduct, this dream turned into a nightmare for my victims and my family. To everyone I hurt and disappointed, I apologize. I will spend the rest of my life working to make amends and pay my restitution.

I know I am just beginning a long journey of reckoning and atonement. Knowing that justice will be done, I have spent many hours reflecting on how I got here and what went wrong. I prepared this letter to show how this case fits into my whole life story. I hope this letter helps this court's deliberation over my sentence.

**Background**

I was born on January 19, 1986, in Fountain Valley, California. My parents raised my younger sister and me in a safe, suburban neighborhood in Huntington Beach. My father worked in sales at a few different corporations. My mother worked as an office administrator for Courtney Construction, a general contractor. Thanks to my parents' hard work, my sister and I enjoyed a stable upbringing.

While my parents were at work, I stayed with my maternal grandmother at her house. Most of my extended family members—including my parent's siblings and many cousins—lived within twenty miles. I attended weekly Mass at St. Bonaventure Catholic Church and participated in all the sacraments. I liked being at church and joining youth group activities. As I got older, I worked odd jobs like housesitting or officiating baseball games to earn my spending money. I now realize how I thrived with structure and accountability.

Sadly, my father struggled with anger management and Obsessive-compulsive disorder (OCD). His frequent heavy drinking put a terrible strain on my parents' marriage. It often felt like they were on the brink of divorce. I walked on eggshells never knowing when conflict would explode next. I learned to shut down mentally when faced with toxic stress and fear. While I had a distant relationship with my father, thankfully my mother and I were very close. She put family first and willingly made sacrifices for us.

I attended Fountain Valley High School where I earned good grades and made friends easily. During my first two years, I engaged in heavy binge drinking resulting in blackouts and memory lapses. I knew about my family history of alcoholism, so I cut down on my drinking as an upperclassman. Sobriety helped me excel on the baseball team as an athlete and leader. In my senior year, the coaches gave me the Bryce Dickerson Award for leadership and citizenship.

Looking back, I feel grateful for the blessings and good mentors I had growing up. They created a structured environment with constant accountability for my actions & choices. My parents raised me to work hard, play by the rules, and treat people with kindness. I had wonderful coaches, teachers, and role models who taught me to do everything the right way. My criminal conduct in this case does not reflect the excellent values I learned as a young person. I was given every opportunity to succeed in life and I chose to squander those opportunities with terrible decision making.

2

**Early Adulthood**

After graduating from high school in 2004, I took courses at Irvine Valley Community College and Orange Coast College while working full-time as a parking attendant. Then, around 2006, a family friend, who oversaw special needs education at Oceanview School District, hired me to work with students on the autism spectrum. I completed a training course to become a certified Applied Behavioral Analysis (ABA) therapist. I worked with students at home and in school facilities, from early childhood through high school.

About a year later, I joined the Huntington Beach chapter of Young Life, an international Christian youth organization. Young Life provides one-on-one youth mentorship for junior and senior high school students. We taught kids about virtuous living, personal accountability, and how to become the best version of oneself. When the chapter director took a sabbatical, I stepped up to manage the ten adult mentors. I organized volunteer projects like food ministries, athletics for special needs youth, and support for people experiencing homelessness.

Like the ABA therapy work, I loved helping young people improve their skills, discover their talents, and make good life choices. I saw great power and possibility in each kid and believed in their ability to overcome whatever obstacles they faced. I immersed myself in this service work while keeping a full college course-load and working at the school district.

I attended Orange Coast Junior College before transferring to Long Beach State where I earned a bachelor's degree in business operations and management. While completing my degree, a friend set me up on a date with my future wife, Noél. We dated for eighteen months then got married in 2009. I continued working as an ABA therapist through private agencies after my graduation.

In 2010, I accepted the Housing Director/Resident Director position at Hope International University (HIU), a small Christian college in Fullerton, California. Noél and I moved into the college dormitory to begin our new ministry. I drew upon my youth pastor experiences with Young Life to guide students through tough moments. On-call 24/7, I handled drug overdoses, suicide attempts, sexual assaults, and other serious conduct issues. I also witnessed beautiful moments of recovery, growth, and healing—miraculous memories I still treasure today.

Looking back, I see what a charmed life I led. I loved my marriage and my work. I woke up each day feeling joyful about helping young people find the righteous path. I loved being a father and felt optimistic about the future. I could not have imagined I would get so far off track, commit such serious crimes, and create so many victims.

**Becoming A Business Owner and Offense Conduct**

In January of 2012, Noél and I were expecting our first child. Although I loved being a resident director, I knew I needed to earn more money to support a growing family. So, I purchased The Proven Amazon Course by Jim Cockrum to learn about making extra income. (Our wonderful daughter Cambria Lynn Bartlett arrived on May 2nd.)

Following Cockrum's advice, I set up my own Amazon store called Superb Shopper. Every weekend, while still working at Hope University, I visited garage sales to buy merchandise like DVD's, books, and household items to resell on Amazon. My small online business did so well that I invited my father-in-law, Scott Miller, to help run the company.

My heart breaks to remember this amazing time in my family's life. I was given such an incredible opportunity and I should have taken a slow and steady approach. Instead, I went down a reckless path that eventually led to my criminal conviction.

Around that time, I wrote a comment on Jim Cockrum's blog to express my gratitude for his good advice. He reached out to ask me to tell my story to his audience. I accepted his invitation and gladly described how I grew my business. It felt like I was helping people reach their full potential—just as I had done in other contexts before.

Unfortunately, I lacked the wisdom and self-discipline to handle what came next. My arrogance and confidence was growing each day. I saw accountability and structure as a constraint to my inevitable future success. My online notoriety and success attracted interest from a wide range of people, including total strangers. At the time, I saw this as an opportunity to expand my business and help other people. So, in 2014, I founded 7M E-group Corporation and began soliciting investment. The following year, I made my first presentation to a group of church members in Central illinois.

My early market wins had distorted my thinking and inflated my ego. I had completely removed any form of accountability or structure from my life. So, even after accepting investor money, I ran my business like I had from the beginning: by my own rules. I failed to set up proper accounting and compliance protocols because I thought I knew best how to achieve the final victory.

It is devastating to think about how my distorted thinking turned into criminal conduct. When I suffered significant setbacks and losses, I used deceit and manipulation to hide my missed projections and promises. I justified my terrible choices by telling myself everyone would thank me in the end.

When I should have slammed on the brakes, I doubled down and stepped on the gas. I had lots of employees and warehouses full of inventory like household products, board games, beauty products, laser tag equipment, toys, electronics, and others. I was constantly leveraging my investor's money to increase sales and trying to dig out of the hole I created. Accountability and structure became my enemy.

4

Lost in wishful thinking, I failed to protect all my victims using the most basic, obvious safeguards. Instead, I focused on my delusional fantasy and continued to commit criminal acts of fraud. Each of my desperate decisions made things worse.

By 2017, I started experiencing panic attacks and vomited every morning. My conscience weighed heavily upon me as I pushed ahead with all my might. I was overwhelmed with fear and still continued to lie and manipulate all the way till the end. I behaved like a coward and criminal when faced with any difficult decision.

In the end, I knew I had caused a huge amount of financial and emotional harm to my victims who trusted me. Federal laws exist to protect investors from failed schemes just like mine. Had I followed the law from the beginning, I would not be facing a prison sentence today.

To all my victims and to everyone else I let down, I will not forget how I hurt you and your families. I will use my time in prison to reflect on my inexcusable conduct and make payments towards my restitution. In prison I will proudly & humbly work a job that contributes 50% of my pay to victims. I know these payments from prison will be nothing compared to the millions I defrauded my victims but it will be the start of a new track record of accountability and structure.

**Reflections**

I am grateful my faith teaches that reconciliation is possible, even after my worst decisions. Lately, my family and I have attended weekly services at The Garden Church in Sunset Beach. This congregation welcomed my family and has surrounded us with love. My children did not ask for the trouble I brought into their lives. I will do everything I can to build a solid foundation of support for them before I surrender to prison.

Since my indictment, I have primarily focused on cooperating with authorities and taking full responsibility for my terrible decisions that lead to my criminal conviction. I understand that I created thousands of victims and will need to pay restitution while in prison and once I'm released.  I decided to use my time on pretrial release to begin developing new skills that will help me find potential employment upon my release. My new areas of focus are customer service, web development, and digital content creation for small businesses. During my pretrial release I have been getting several online certificates in customer service training and answering hundreds of customer service emails per day for my wife's consulting business. I love customer service because of the accountability and structure. I also believe in the future customers will crave customer support from a real human not a bot. I'm so thankful my wife and a few clients have given me the opportunity to earn a small income doing customer service, web development, and digital content creation while on pretrial release that can go towards my restitution. I understand income opportunities as a convicted

felon will be limited. That is why I started building a new work track record that can help me find employment opportunities after my prison sentence and make my restitution payments.

Recently, I volunteered with Prison Professors Charitable Corporation to develop coursework for currently incarcerated individuals. I recorded a course on entrepreneurship that is now part of their program that reaches 100,000 inmates. In my class, I spoke about specific job skills needed to build a successful online business. I hope my class helps justice-impacted people find satisfying, productive work upon their release and avoid making the same mistakes I did.

Prison Professors Charitable Corporation also gave me the opportunity to grow their social media following on Instagram. I thankfully accepted the opportunity and grew their following from 600 followers to 22,000 in 6 months. This will help Prison Professors reach more people with positive content related to education, job training, hard work, and hope. In addition, I have been volunteering with Meals on Wheels to support their food service activities for local seniors. All of these efforts are small steps to rebuild a track record of hard work, honesty, and transparency.

For too long, I strayed from the righteous path I was once on. The more I lied, the more distorted my thinking became. I will devote the rest of my life to making amends for my destructive actions. I do understand, however, that regardless of what the Court decides concerning my sentence, that the pain and consequences for my victims will go far beyond any punishment I may receive.

I sincerely hope my case serves as a warning to anyone who thinks they can get away with misleading investors and breaking the law. In the years ahead, I want to use my story to help other people avoid my awful mistakes. Plus, I want to show my four children how to take responsibility for bad choices with rigorous honesty and humility. Our new family motto is "A BARTLETT NEVER GIVES UP."

In closing, I accept full responsibility for my criminal conduct in this case. My job now is to make amends to the people that I hurt and pay restitution as directed by this court. Upon my release from prison, I will seek reconciliation and find new ways to make positive contributions to my community. Your Honor, I assure you I will never return to a courtroom as a criminal defendant.

Respectfully,


Brett Bartlett