Brett Bartlett
625 Hartford Avenue
Huntington Beach, CA  92648


Honorable Colin S. Bruce
United States District Judge
Central District of Illinois
United States Courthouse
201 S. Vine Street
Urbana, IL  61802


Dear Judge Bruce:

Thank you for taking the time to read my restitution plan.

My terrible decisions created over 1,000 victims. There is absolutely no excuse for my actions and I know I will never be able to fully take away their emotional and financial pain. I have taken responsibility for my criminal acts but I do not believe that is enough. My mentor Michael Santos from Prison Professors interviewed Judge Stephen Bough a few years ago. During the interview Judge Bough said "If you break the window, you fix it." This simple quote from Judge Bough struck me to my core.

I felt convicted to develop a long term restitution plan for my victims that would allow me to "fix" the windows I broke in their lives. My plan needs to be reasonable, responsible, measurable, and memorialized. I want to be held accountable to my restitution plan during my pretrial release, prison sentence, supervised release, and to the Financial Litigation Unit. I need to develop a restitution plan that will give me the best opportunity for employment after my release from prison so I can make my court ordered restitution payments.

I started developing this restitution plan in May of 2023 during my pretrial release. I wanted to develop and sharpen skills that a future employer would find valuable upon my release from prison. Two realistic areas of opportunity I identified for future employment as a convicted felon are customer service and social media growth. These two areas are in high demand on job sites like Upwork.com. During my pretrial release I sent over 100 job applications to potential employers who were looking for help in customer service and social media growth. Upon request I would be happy to send the court copies of all the job applications I sent over this past year.

While on pretrial release I have been working in customer service. Doing  online customer service while on pretrial release has allowed me to save up for a small restitution payment at my sentencing. Working in customer service while on pretrial release also helped me begin to build a new work track record. I attached several customer service testimonials I received from

the past year to the bottom of this document. I also completed over ten online courses focusing on customer service best practices, writing, ethics and received certificates of completion. The certificates of completion are attached to the bottom of this document. I truly enjoyed these classes and was excited to put what I learned to work.

I want to stay current on customer service best practices during my prison sentence. My wife has committed to sending me educational content on the evolving world of customer service while I'm incarcerated. I will use my time in prison productively to read and write book reports on customer service best practices. By memorializing my ongoing customer service education I will improve my chances of being hired as a convicted felon in the future. Finding immediate employment upon my release will help me make timely restitution payments to all my victims. Customer service positions are in high demand on sites like Upwork.com.

Another high demand skill on Upwork.com is social media growth. The main focus of a social media growth expert is growing a dedicated community of followers on platforms like Instagram, Facebook, Tik Tok, and Youtube. My mentor Michael Santos from Prison Professors gave me an opportunity to grow their social media following on Instagram during my pretrial release. I gladly accepted this opportunity and over a six month period I was able to increase their community of followers from 600 to 22,000. I have attached Michael's letter of recommendation to the bottom of this document.

Part of being an excellent social media growth expert is developing online community management skills. Most people who have online communities struggle to effectively and efficiently manage their communities. Lauren Lozano is a successful direct sales entrepreneur who gave me the opportunity to help consult and build an automated community management hub called Glowing Olive for her clients. This will work as an automated communication hub for all of her current and future team members. Glowing Olive will allow Lauren to save time and money while staying in touch with her clients and team members. My wife will continue to send me educational content about social media growth and automated community management strategies while I am in prison. I will read and write book reports on the best strategies for growing online communities on social media. Memorializing my social media expert education will help me find immediate employment on sites like Upwork.com and make restitution payments to my victims.

I also look forward to being assigned a job while I'm in prison that will allow me to make small restitution payments to my victims and rebuild a proven track record of honest work. I know my pay in prison will be super small when it is compared to the millions my victims lost. I plan to document and memorialize the work I am doing in prison so a future employer will see my new work track record.

In conclusion, I take full responsibility for my criminal acts of fraud and the pain I have caused my victims. My job now is to build a long term restitution plan that will attempt to "fix" the windows I have broken in their lives.

Your Honor, I am dedicated to following and evolving my restitution plan while in prison and upon my release so I can make timely restitution payments to my victims.

Respectfully,

Brett Bartlett



Certificate no: UC-85698d98-93f2-4a97-aa55-b556095a6b94
Certificate url: ude.my/UC-85698d98-93f2-4a97-aa55-b556095a6b94
Reference Number: 0004

**CERTIFICATE OF COMPLETION**

# Customer Success | How to Put Your Customers First

Instructors  Chuck Wall

## Brett Bartlett

Date  Dec. 28, 2023
Length  1 total hour



Certificate no: UC-7f8214be-3e89-405a-bd6f-0c3bdad18e3f
Certificate url: udemy/UC-7f8214be-3e89-405a-bd6f-0c3bdad18e3f
Reference Number: 0004

CERTIFICATE OF COMPLETION

# Smart Tips: Customer Service

Instructors  Jenny Dempsey

## Brett Bartlett

Date  Jan. 21, 2024
Length  2 total hours

# ûdemy

Certificate no: UC-34c132f17-1457-4f81-9635-f82fddc08876
Certificate url: udemy.com/UC-34c132f17-1457-4f81-9635-f82fddc08876
Reference Number: 0004

**CERTIFICATE OF COMPLETION**

# Brilliant Customer Service: How to Impress your Customers!

**Instructors  Lecturio GmbH**

## Brett Bartlett

**Date  Jan. 28, 2024**
**Length  1.5 total hours**



Certificate no: UC-53017727-77e1-4bfe-acd7-847eba781b42
Certificate url: udemy/UC-53017727-77e1-4bfe-acd7-847eba781b42
Reference Number: 0004

**CERTIFICATE OF COMPLETION**

# [2024] Customer Service 2.0: Learn Digital Customer Service

Instructors **Davis Jones, Eazl (Official), Ludell Jones, Emma Jeffers**

## Brett Bartlett

Date **March 2, 2024**
Length **1.5 total hours**



Certificate no: UC-ac0ee1eb-1edd-4057-9885-248d5913cf1b
Certificate url: udemy/UC-ac0ee1eb-1edd-4057-9885-248d5913cf1b
Reference Number: 0004

**CERTIFICATE OF COMPLETION**

# Customer Success | How to Listen to Today's Customers

**Instructors  Chuck Wall**

# Brett Bartlett

**Date  Oct. 4, 2024**
**Length  1 total hour**



Certificate no: UC-da2ffaf1-afd3-4abd-a6e9-6df3b0f6ee94
Certificate url: ude.my/UC-da2ffaf1-afd3-4abd-a6e9-6df3b0f6ee94
Reference Number: 0004

**CERTIFICATE OF COMPLETION**

# Social Media Content Creation: Canva Beginner to Advanced

Instructors **Maggie Stara**

## Brett Bartlett

Date **Sept. 13, 2024**
Length **8 total hours**



Certificate no: UC-97f0f40B-ab9f-4d7B-a3ed-920x9f5366bc

Certificate url: udemy/UC-97f0f40B-ab9f-4d7B-a3ed-920x945366bc

Reference Number: 0004

**CERTIFICATE OF COMPLETION**

# Customer Service Excellence - from customers to operations

Instructors **Ivan Chagas**

## Brett Bartlett

Date **Oct. 5, 2024**

Length **6.5 total hours**



Certificate no: UC-e156816e-cca4-4279-8456-2f3b1f775991
Certificate url: udemy/UC-e156816e-cca4-4279-8456-2f3b1f775991
Reference Number: 0004

**CERTIFICATE OF COMPLETION**

# Leadership Ethics and Integrity: A Comprehensive Guide !

Instructors  **Sivakami S ; MBA ; Leadership Science, Psychology**

# Brett Bartlett

Date  **Oct. 10, 2024**
Length  **4.5 total hours**



Certificate no: UC-71587eda-5b93-45ad-a277-52t8e5272565
Certificate url: ude.my/UC-71587eda-5b93-45ad-a277-52t8e5272565
Reference Number: 0004

**CERTIFICATE OF COMPLETION**

# Writing With Flair: How To Become An Exceptional Writer

**Instructors**  Shani Raja

## Brett Bartlett

**Date**  Oct. 19, 2023
**Length**  7.5 total hours

ûdemy

Certificate no: UC-0fe9b6cd-1805-4ece-b5cf-ak0a3160c2d
Certificate url: udemy/UC-0fe9b6cd-1805-4ece-b5cf-ak0a3160c2d
Reference Number: 0004

**CERTIFICATE OF COMPLETION**

# Customer Service, Customer Support, And Customer Experience

Instructors  **Alex Genadinik**

# Brett Bartlett

Date  **Nov. 6, 2023**
Length  **4.5 total hours**



Certificate no: UC-a383267c-a688-4c29-9bb1-0877daf3e751
Certificate url: ude.my/UC-a383267c-a688-4c29-9bb1-0877daf3e751
Reference Number: 0004

**CERTIFICATE OF COMPLETION**

# Customer Service Success: Take Your Skills to the Next Level

**Instructors** Viktoriya Kurganska

## Brett Bartlett

**Date** Nov. 30, 2023
**Length** 8.5 total hours



Certificate no: UC-e4201a42-0f08-456c-b66c-1576a9844f21
Certificate url: udemy/UC-e4201a42-0f08-456c-b66c-1576a9844f21
Reference Number: 0004

**CERTIFICATE OF COMPLETION**

# Customer Service: 6 Keys To Exceptional Customer Service

Instructors **Expert Academy, Lahcen Bouya**

# Brett Bartlett

Date **Dec. 7, 2023**
Length **2 total hours**



Certificate no. UC-7a40a174-cb31-46f5-a0e1-49fx22f69df9e
Certificate url: ude.my/UC-7a40a174-cb31-46f5-a0e1-49fx22f69df9e
Reference Number: 0004

CERTIFICATE OF COMPLETION

# Customer Service Mastery: Delight Every Customer

Instructors  **Chris Croft**

## Brett Bartlett

Date  **Oct. 27, 2023**
Length  **2.5 total hours**



May 13, 2024

Regarding: Brett Bartlett

To: Judge Bruce, US District Court, Central District of Illinois

My name is Michael Santos, Director of Prison Professors Charitable Corporation (PPCC). I am writing this letter to recognize Brett Bartlett for his ongoing contributions to our non-profit organization.

PPCC produces educational content to help people in prison prepare for law-abiding, contributing lives upon release. Every federal prison in the United States uses our course, Preparing for Success after Prison. We also work with state prisons and jails.

Brett's involvement with PPCC began with the creation of a masterclass on leveraging social media using the Instagram platform. We then invited Brett to help PPCC create a social media presence; he enthusiastically volunteered his time and expertise. Despite our limited resources, Brett envisioned a strategy to amplify our message. With a commitment that went beyond mere consultation, he spearheaded our social media campaign, transforming our digital footprint.

With dedicated and skillful execution, Brett elevated our Instagram presence from non-existence to a thriving community of more than 22,000 followers in a matter of months, a number that now continues to grow by thousands each month. His work has spread awareness of our mission to a global audience and opened new avenues for justice-impacted people to understand how to prepare for success in the digital economy, despite the hurdles their backgrounds may present.

The profound impact of Brett's volunteer work with PPCC underscores the benefits of his meaningful contributions to our community-focused initiatives of helping people in prison prepare for law-abiding, contributing lives. We are grateful for his commitment. Should his sanction include community service, it is our sincere hope that the Court and authorities consider allowing Brett to fulfill that obligation through continued involvement with the Prison Professors Charitable Corporation.

Respectfully,

*Michael Santos*

Michael Santos, Director
Prison Professors Charitable Corporation

# Customer Service Testimonials

### Inger Novak

Display name: Inger N.



Amazing customer service!!! I would absolutely order from here again!!

### Sara L. R.



Quality is better than expected and amazing customer service!

### Megan L.



I love my cup! It actually fell from my stroller during the first use and the lid cracked. A replacement lid was sent right away. Amazing customer service!!!

### Elise W.



I ordered two of these for myself because I loved them so much, and then another for my new mom friend! We use them all the time! Great product and amazing customer service. I can't wait to order more things from this site!

# Customer Service Testimonials

## Kayla Healey

Display name: Kayla H.



Absolutely amazing customer service!!! Can't wait to order my kids next mugs. Plan to order more for my nieces and nephews!!!



**Samantha Robson** <sammyrobson@icloud.com>
to me ▾

Sun, Jan 28, 11:31AM    ☆

Thankyou so much! What amazing customer service!

Sam

## Jennifer Smoot

Display name: Jennifer S.

☆ ☆ ☆ ☆ ☆

Amazing customer service for this replacement part. I will order form this vendor again. Abosutely amazing products and service!



**Chrystie Salesky** <clsalesky05@outlook.com>
to me ▾

Fri, Jan 19, 12:05PM    

I appreciate it! You have great customer service!
:)
—Chrystie

## Cory Caulfield

Display name: Cory C.



Love them! Amazing slippers. Amazing customer service!

# Customer Service Testimonials

## Katherine Spring

Display name: Katherine S.

☆ ☆ ☆ ☆ ☆

Amazing customer service is all I have to say. The slippers seemed to fit a bit small but it was absolutely no problem to get new ones sent in the size up. They are so cute and great quality too. Would absolutely order again, if not for the products (which are excellent too) then for the service we received and the commitment to making each and every order right and every customer happy 

---

 **Erica Montez** <ericamariemontez@gmail.com>    Tue, Jan 9, 6:18 PM    ☆    ↩    ⋮

to me ▾

That would be totally awesome I greatly appreciate that. I just put in another order earlier today for the dad cup for my husband he was jealous that he was left out. If you can add it in with that order that would be awesome. I really appreciate the great customer service!

---

 **Jennepher Keesee**    Mon, Feb 12, 1:56 PM    ☆    ↩    ⋮

to me ▾

Thanks so much!! When my grandson comes back I will make another post with a pic of him. You have been very nice and having great customer service goes a long way!! Plus the cups are awesome and speak for themselves
Sent from my iPhone

---

 **Angela White**    Sat, Feb 17, 1:58 PM    ☆

to me ▾

Wow. Thank you so much. I wasn't expecting replacements so that's amazing!
Is there anywhere I can leave a review for such great products and customer service?

Thanks, Angela

•••

---

 **tashagoodro@yahoo.com**    Tue, Feb 20, 6:19 AM    ☆

to me ▾

No worries! Thank you for your great customer service. We're excited for our cup. Let me know! Thank you.

# Customer Service Testimonials

## Jennifer Novorolsky

Display name: Jennifer N.

⭐ ⭐ ⭐ ⭐ ⭐

**The cup is adorable! My three year old loves it so much. It's great quality and the customer service is top notch. Will be purchasing more!**

---

**Jenna Esdale**                                            Sat, Feb 3, 8:25 AM  ☆
to me ▾

Thank you so much!!! I appreciate your great costumer service!

---

**Jenny Kopff** <jennybakalar@gmail.com>                    Thu, Jan 25, 9:26 AM  ☆  ◁
to me ▾

Of course. Thank you for the great customer service. I forgot to take pics before I left the house but will snap some tonight. Thanks again.

•••

---

**Amanda LeClair**                                          Mon, Jan 29, 7:14 PM  ☆  ↩
to me ▾

Wow, thank you so much. I will definitely tell all my friends about your great business and amazing customer service!

---

**Madison Mayberry** <madimayberry2@gmail.com>              Wed, Jan 17, 2:36 PM  ☆
to me ▾

Oh that's so sweet of you. Definitely didn't need to do that. I'll make sure I leave you a 5 star review. Thank you so much, great customer service

## Steven Loll

Display name: Steven L.

⭐ ⭐ ⭐ ⭐ ⭐

**Great customer service! Lid initially arrived chipped and a replacement lid was sent with no issues. Thanks so much.**

# Customer Service Testimonials

## Rebeckah Rusk

Display name: Rebeckah R.



I had ordered the Grinch Limited cup and unfortunately the lid broke. Without hesitation, a new one was sent out. Great customer service and quick response time. I will definitely be shopping again. Rebeckah

 **Kyleigh A Richardson**
to me                                                                              Wed, Feb 21, 6:45 AM    ☆    ←

Thank you so much! We do really love the cups and have gotten a lot of compliments on them. I appreciate the amazing customer service!

•••

 **Donna Allan**
to me                                                                              Fri, Feb 23, 7:03 AM    ☆    

Aw brilliant thank you so much, your products and customer service is amazing  will 100 recommend you

Thanx again Donna x

 **Elizabeth Isaac**
to me                                                              Mon, Feb 26, 10:28 PM (11 days ago)    ☆    

Thank you so much. Excellent customer service. I know it's recommended you to people for a reason.

## Sian Page

Display name: Sian P.



Absolutely love my cup. Customer service was amazing kept up to dat throughout can't wait for my next one

# Customer Service Testimonials

## Cory Caulfield

Display name: Cory C.



Great ordering experience. Customer service was amazing, as good as it gets honestly. Slippers amazing quality. Really happy with purchase!

## Breanne Norberg

Display name: Breanne N.



Amazing customer service! My cup arrived with a broken lid and within the hour I had a response and a replacement lid was on its way. Super fast and easy! 10/10 recommend!

**Chris B** <tacaf@yahoo.com>     Tue, Nov 28, 2023, 5:47 PM
to me ▾

Wow, thank you for your quick response. This is such an amazing customer service, which is very hard to come by these days. I will pass the cups on to someone who will put them to good use. Thank you so much for the smooth process.
All the best!
Christine

**Tara Churney** <tchurney@outlook.com>     Wed, Nov 1, 2023, 12:52 PM
to me ▾

Thank you so much for the response and the amazing customer service! It is very much appreciated! I look forward to getting the new lid. The cups are super cute and they are going to make a great Christmas gift!

Thanks!
-Tara

## Alyssa Cook

Display name: Alyssa C.



We absolutely love our tumblers! Customer service is amazing As well!