Brett Bartlett
Registration Number oooooooo
FACILITY
Release Plan

---

Dear Unit Team:

Before surrendering, I researched the best practices for serving time in federal prison. From that research, I found different websites to help me prepare. As I studied the information, I learned about the role of the Unit Team in the Bureau of Prisons and the importance of developing a release plan. This release plan will help me prepare for gainful employment upon my release and make court ordered restitution payments to my victims.

I plead guilty, and I accept responsibility for my serious crimes in this case. I'm deeply ashamed about the criminal choices I made and I am focused on working to pay back the victims I created with my criminal behavior. With my Unit Team's guidance and the accountability of my loved ones, I will remain committed to making this time in prison productive.

I developed this release plan as an accountability tool that describes my self-directed pathway to prepare for release and never recidivate. I am aware of the challenges that I will face as a convicted felon but I am dedicated to finding employment immediately after my release from prison so I can make my court ordered restitution payments. I will continue updating and expanding this document as I meet milestones on my journey and set new goals consistent with my commitments.

The plan includes the following information:

| | |
|---|---|
| 1. Identifying Information | 7. Community Support |
| 2. Images | 8. Medical Prescriptions |
| 3. Projected Release Planning | 9. Financial Obligations |
| 4. Background | 10. Risk and Needs Assessment |
| 5. My Crime | 11. Personal Plan |
| 6. Making Amends | 12. Advisors |

I hope the Unit Team finds this plan helpful.

Respectfully submitted,

Brett Bartlett

**Identifying Information:**

- Name: My name is Brett Bartlett

- Date of Birth: I was born on January 19, 1986 and I am 38 years old.

- Today's Date: I began writing this release plan on March 26, 2024

- Sentence Length: My judge sentenced me to serve a XX-month term, followed by three years of Supervised Release.

- Surrender Date and Location: Authorities informed me that I must surrender to the FACILITY NAME, on DATE.

- Registration Number: According to the BOP website, my registration number is: 0000000

- Community phone number: 714-328-0224

- My community email: brettbartlettfamily@gmail.com

**Images:**
To provide my Unit Team with information, the final pages of this document include images from the following identifying documents:
- Driver's License: A copy of my driver's license from the state of California.
- Health Insurance Card: I am not currently insured.
- Social Security Card: I have attached a copy of my Social Security Card.
- Birth Certificate: I have attached a copy of my birth certificate.
- Marriage Certificate: I have attached a copy of my marriage certificate.
- Education:
    Diploma from Fountain Valley High School
    Bachelor's Degree from Long Beach State

Online Education Customer Service Certificates
Online Education Design Certificates
Online Education Ethics Certificates

**Projected Release Planning:**

My entire career, ever since I started studying business management in college, I understood that I would have to stay focused and work hard to achieve success. To advance, I always found that a solid plan would help me. Anytime I lost my focus and got off track, my plans suffered. I'm surrendering to prison because I provided false and misleading information to potential investors about my company.

I deeply regret making fraudulent misrepresentations regarding my company's assets and possible returns. Even when I knew the companies were in dire financial trouble, I continued to mislead my victims in order to solicit additional investment. Plus, I misused investor funds for personal expenses. I am ashamed of myself for committing such serious crimes in this case.

Even before my judge gave me a sentence of XX months, I knew I needed to reckon with the past and start planning for a future that allows me to work and pay back my victims. To that end, I began studying the Bureau of Prisons' website. From reading the website, I learned a great deal about the First Step Act and other BOP policies. It is my understanding that good behavior and program participation can influence an earlier transition to home confinement. I am hopeful these new policies will allow me to get back to work so I can continue paying back the victims I created.

I intend to work productively with my Unit Team. With guidance from my Unit Team, I hope to advance as an excellent candidate for consideration of early transition to home confinement. I will use my time on home confinement to further develop my employment opportunities so I can make my court ordered restitution payments. My full focus is working and paying back my victims.

Various BOP Program Statements helped me understand how I can earn additional credits toward the XX-month sentence my judge imposed.

I learned that if I avoid disciplinary infractions, my Unit Team will award Good Conduct Time credits that amount to 15% of the term my judge imposed. On a XX-month sentence, that amounts to a credit of XX months. According to my understanding, these credits leave me with a potential adjusted sentence of approximately XX months.

In addition to the Good Conduct Time credits, if I comply with specific requirements, I may also earn "Time Credits" in accordance with the First Step Act (FSA). Before qualifying for those FSA credits, I have a responsibility to complete them once I get to prison. My responses to questions on that survey will help my Unit Team assess my risk of recidivating with a PATTERN score.

3

The BOP's website includes the survey questions for the PATTERN Risk Assessment:

- https://www.bop.gov/inmates/fsa/pattern.jsp

I began working through those questions independently. Based on what I learned, I anticipate that my Unit Team will agree that my PATTERN score will show me as a person with a "minimum to low" risk of recidivating.

According to a policy statement I read on the BOP's website, I understand that my Unit Team will meet with me for an Initial Unit Team meeting within 30 days of my surrender. During that Initial Classification, I anticipate that my Unit Team will agree that I am at a "minimum to low" risk of recidivating.

I will participate in all programs that my Unit Team recommends.

If I am accurate, I anticipate that during each of my first six months in confinement, I will receive sixty days of Earned Time credit.

The BOP website tells me that after six months, I will have another Unit Team meeting, known as a Program Review. During that Program Review, I anticipate that my Unit Team will conclude that I remain at a "minimum to low" risk of recidivating.

After two consecutive team meetings, I anticipate that my Unit Team will conclude that my PATTERN Risk Assessment will continue to show a "minimum to low" risk of recidivating. Since I will complete all programs that my Unit Team recommends, I should begin to receive 15 days of Earned Time Credit each month for the remainder of the time that I serve in prison.

Using those parameters, I projected the potential time that I will serve in prison before I become eligible to transition to home confinement.

Sentence my judge imposed: XX months,
- Good Conduct Time: Approximately XX months for an adjusted sentence of approximately XX months.
- FSA Earned Time Credit: XX months toward earlier release for an adjusted sentence of approximately XX months.
- Adjusted time that I will owe to the Bureau of Prisons: Approximately XX months.
- I understand that I will serve a portion of that time in a secure facility.
- I understand that, at the discretion of my Unit Team, I may qualify to serve a portion of my term in a Residential Reentry Center (Halfway House) or on home confinement.

With this plan, I hope that my Unit Team will learn more about the steps I intend to take to advance my candidacy for early placement on home confinement.

If my projections are accurate, I anticipate owing the Bureau of Prisons between XX and XX months after factoring in Good Conduct Time and Earned Time Credits. I am hopeful that the Bureau of Prisons will consider me a candidate for transition to home confinement or a Residential Reentry Center at the earliest possible time so I can continue progressing my employment opportunities and paying restitution to my victims.

I seek guidance from my Unit Team to help me understand steps I can take to qualify for maximum placement on home confinement, in accordance with what I read about the First Step Act. I will use my time on home confinement productively so I can find approved employment and pay back the victims I created.

### Background:

I was born on January 19, 1986, in Fountain Valley, California. My parents raised my younger sister and me in a safe, suburban neighborhood in Huntington Beach. My father worked in sales at a few different corporations. My mother worked as an office administrator for Courtney Construction, a general contractor. Thanks to my parents' hard work, my sister and I enjoyed a stable upbringing.

I attended weekly Mass at St. Bonaventure Catholic Church and participated in all the sacraments. I liked being at church and joining youth group activities. As I got older, I worked odd jobs like housesitting or officiating baseball games to earn my spending money. At Fountain Valley High School, I earned good grades and made friends easily. I excelled on the baseball team as an athlete and leader. (Looking back, I feel grateful for the blessings and good mentors I had growing up. My criminal conduct in this case does not reflect the excellent values I learned as a young person.)

Around 2006, a family friend, who oversaw special needs education at Oceanview School District, hired me to work with students on the autism spectrum. I completed a training course to become a certified Applied Behavioral Analysis (ABA) therapist. I worked with students at home and in school facilities, from early childhood through high school.

About a year later, I joined the Huntington Beach chapter of Young Life, an international Christian youth organization. We taught kids about virtuous living, personal accountability, and how to become the best version of oneself. I organized volunteer projects like food ministries, athletics for special needs youth, and support for people experiencing homelessness.

I attended Orange Coast Community Junior College before transferring to Long Beach State where I earned a bachelor's degree in business operations and

management. While completing my degree, a friend set me up on a date with my future wife, Noél. We dated for eighteen months then got married in 2009.

In 2010, I accepted the Housing Director/Resident Director position at Hope International University (HIU), a small Christian college in Fullerton, California. Noél and I moved into the college dormitory to begin our new ministry. I drew upon my youth pastor experiences with Young Life to guide students through tough moments. On-call 24/7, I handled drug overdoses, suicide attempts, sexual assaults, and other serious conduct issues.

In January of 2012, Noél and I were expecting our first child. Although I loved being a resident director, I knew I needed to earn more money to support a growing family. So, I purchased a course to learn about selling things online. Following this advice, I set up my own Amazon store called Superb Shopper. Every weekend, while still working at Hope University, I visited garage sales to buy merchandise like DVD's, books, and household items to resell on Amazon.

I felt grateful when my small online business achieved success. I was given such an incredible opportunity and I should have taken a slow and steady approach. Instead, I went down a reckless path that eventually led to my criminal conviction.

I offer the information above to show that, although I plead guilty to a federal crime, and a judge sentenced me to serve a XX-month sentence, I have a strong record as a productive, service-oriented citizen. I believe I am a good-hearted person who made very bad decisions. I feel devastated that I got so far off track and caused so much trouble. When this legal process is complete, I will tell my story to help other people make better choices than I did in this case.

**My Crime:**
For several years, I lied to investors about my companies, 7M E-group and Dynasty Toys. I exaggerated the companies' success, misrepresented our assets, overstated possible returns, and misused investor funds for my personal benefit. Even when I knew the companies were in dire financial trouble, I continued to mislead my victims in order to solicit additional investment.

My business did not begin as a fraudulent scheme but that does not excuse my criminal behavior. After my company achieved early success, I saw no obstacle to continuous growth. I invited other people to join this growing enterprise because I wanted to share the prosperity. Sadly, as a result of my criminal conduct, this dream turned into a nightmare for my victims and my family. To everyone I hurt and disappointed, I apologize. I will spend the rest of my life working to make amends and pay my restitution.

America's economic system is based on trust, so I had a duty to tell my investors the truth. I have no excuse for my conduct in this case. I hope my sentence provides some measure of justice to everyone I harmed. After my indictment, I agreed to do

6

everything within my power to make things right. I responded to questions, accepted responsibility, and agreed to plead guilty.

Had I followed the law from the beginning, I would not be in trouble today. I would do anything to go back in time and choose another path, but that is not possible. Since my indictment, my top priority has been making things right for victims, my family, and my community. The first step was my total acceptance of responsibility. Now I will serve my sentence with humility and look for ways to learn and grow.

**Making Amends:**
I remain profoundly disappointed in myself for my failures in this case. I realize how I let down my community, my investors, my employees, my country, and my family. I caused a lot of harm and pain to the people I love most. I look forward to making things right, making amends, and paying my restitution.

Toward that end, I spent a lot of time working to prepare before sentencing. With time to plan, I studied websites that belong to the Department of Justice and the U.S. Courts. That research led me to learn the purpose of sentencing.

Federal judges impose sentences that should:

1. Deter other people from committing crimes,
2. Punish people for committing crimes,
3. Isolate people while they serve sentences, and
4. Rehabilitate people who commit crimes.

As a defendant, I did not have any way of influencing deterrence, punishment, or isolation. Those goals would serve the interest of justice, but my judge would impose the term that would accomplish such goals.

When it came to rehabilitation, however, I had to think. I had to consider how that fourth goal of sentencing applied to me as a 38-year-old man with a college degree and online business experience. I thought long and hard about my early history of service-oriented work, plus the blessings I received from my supportive family and friends.

Then, I realized that "rehabilitation" isn't only about me or restoring financial loss. It's about the entire system, the entire country. My judge sentenced me to serve XX months. To reconcile with society, I would have to make the most of that term. Doing so would require me to find more ways to live with meaning, usefulness, and humility.

Recently, I volunteered with Prison Professors Charitable Corporation to develop coursework for currently incarcerated individuals. I recorded a course on entrepreneurship that is now part of their program that reaches 100,000 inmates. In my class, I spoke about specific job skills needed to build a successful online business. I

7

hope my class helps justice-impacted people find satisfying, productive work upon their release and avoid making the same mistakes I did.

Prison Professors also gave me the opportunity to grow their social media account. In about 6 months I was able to grow their following on Instagram from 600 to 22,000. This will help Prison Professors reach more people with positive content related to education, job training, hard work, and hope. I was extremely thankful for the opportunity to develop and grow new skills for future employment opportunities. In addition, I have been volunteering with Meals on Wheels to support their food service activities for local seniors.

The charge against me read: *United States of America v. Brett Bartlett.* For that reason, I feel a duty to make amends to my country and my fellow American citizens. While awaiting my surrender, I devised a plan to reconcile and atone. During my term, I intend to work toward that end, and I will continue living in service upon release.

Today, my family and I attend worship services at The Garden Church in Sunset Beach. My faith has always given me the strength I needed to rebound from challenges—and I've had many in my life. My parents raised me to be honest, work hard, take care of my family, and treat other people with kindness. When I broke the law in this case, I disappointed many people. Thankfully, my Christian faith shows me the path to reconciliation even after my worst mistakes. I will never make a bad choice like this again—and I will spend the rest of my life working to become worthy of forgiveness.

Setbacks are a natural part of life's journey. I understand that I have been entrusted with unique talents and skills, and it is my responsibility to make the most of them. As I regain my footing and rebuild my life, I will be looking for new ways to make positive contributions to my community and pay back my victims.

When I look back on this chapter in my story, I want it to end with reconciliation and peace. I want to be an example of how to learn from mistakes and help others. I want to serve as a role model for handling painful moments with humility and grace. I look forward to sharing my story to help other people avoid my terrible mistakes.

While incarcerated, with approval from my Unit Team, I hope to accomplish the following tasks:

1. Tutor other people serving sentences so that they may advance their education.
2. Volunteer in ways that staff members recommend.
3. Journal about my progress and share those writings with our community.
4. Read books that will help me become more aware of the influences that led me to this problem.
5. Engage in programming to advance my knowledge of finances.

8

6. Reflect on what I learned from reading, and then I will apply those lessons to my future employment opportunities and volunteer work that I intend to complete upon my release.

I hope my Unit Team will support the personal release plan that I put into place and consider me a good candidate for maximum placement on home confinement. I will use my time in home confinement productively so I can find approved employment and make my restitution payments to victims.

**Community Support:**
My wife and colleagues offer the following letters for my unit team to consider. I intend to live with my wife and children upon my release located at:

625 Hartford Avenue
Huntington Beach, CA  92648
Dear Unit Team,

My name is Noél Bartlett and Brett Bartlett is my beloved husband of 15 years.

Since this legal process began, I have watched Brett come to terms with the hard truth of his criminal conduct. At first, we were both in denial. I know my husband's loving story, so it seemed impossible to me at first. Then, the scales fell from our eyes. Brett took full responsibility for breaking the law and entered a guilty plea with a contrite heart. I am proud of him for owning up to the financial and emotional harm he caused his victims.

I met my husband on a blind double date. I immediately noticed his warm heart and amazing intellect. Brett was working as a therapist for children with autism at that time. He made such an impact that parents requested him by name from the school district. After a promotion, he created lesson plans, and specific techniques to help these special students gain skills, and help give them the ability to interact and function in typical life settings. He was always so loved and appreciated by his co-workers, parents, and all the children he was able to work with.

Brett later invited me to join him as a Young Life youth mentor. He felt a strong connection with high school boys who felt lost and needed positive role models in their lives. Brett has always had the ability to make people feel seen and heard. He made time and space for each and every young person and thought of them like his own family. I remember the kids gathering around Brett for lessons and discussions. My husband has a God-given gift for communication, and leadership.  I saw him open the kids' minds and change their hearts through his words and actions.

I felt hopeful when Brett combined his leadership skills with his entrepreneurial spirit. His goal was to build a company that served customers, employees, and investors. As he built his business, he showed his team members generosity and respect. He treated each and every person just like he had at Young Life—like cherished family members.

For a few years, it looked like Brett had achieved everything he set out to do. His company was succeeding and he was sharing his techniques with up-and-coming entrepreneurs across the country. Then, he made some bad judgment calls and things started to fall apart. As the business imploded, I felt afraid for Brett. He fell into a massive depression as he searched for a way to turn things back around. He tried to dig himself out of the hole, but the hole kept getting bigger. It was like watching a drowning person, desperate and gasping for air.

I know my husband did not start his business to cheat people out of their money. He truly believed he was building something great that could lift up whole communities of people. I wish I could have done something to intervene before things got out of hand. I wish he would have stopped everything and asked for help in time.

I have watched Brett come to a new understanding of his actions. He now speaks openly about how he misled his investors and violated the law. He is telling the whole story, with a humble heart and a spirit of acceptance. He has already started building a new work track record. Brett has been working for me since his indictment and with boundaries set in place he has thrived in customer service, web design, and content creation. He has shown how exceptional he can be with creating healthy work habits, and with specific accountability and structure. Brett is looking for ways to also use this experience to pay his restitution and help others. He's found new wisdom, a new attitude about life, and new dreams for the future. If given the opportunity I would gladly hire my husband following his sanction.

As he prepares for sentencing, Brett's first concern is for our four children—Cambria, Willow, Lula, and Zion. He is an extraordinary, attentive father who spends most of his time caring, teaching, and playing with them. Our children adore and love their father so much. He has started explaining what is happening to our two oldest daughters. He told them he broke the law and that he might have to go to prison because of this. I love my husband with all my heart and have forgiven him for his reckless actions. I stand beside him knowing that he is taking full responsibility and is doing all he can to make this right.

We are going through this painful process together as a family. Brett knows that he will be punished for violating the law and hurting his investors. I know that he will do his duty, serve his sentence with honor, and pay his restitution. No matter what happens next, I have total faith that Brett's best days are ahead of him.


Sincerely,


Noél Bartlett
625 Hartford Avenue
Huntington Beach, CA  92648
noeldanae@gmail.com
714-210-9014

Dear Unit Team,

Thank you for considering this character letter for my son, Brett Bartlett.

Brett has been honest with me about why he is in serious legal trouble. He was frank about breaking the law and harming people who trusted him with their investment. Brett is determined to do what it takes to make amends and pay his restitution. As hard as this has been as his mother, I am proud of Brett for accepting responsibility and moving forward in a spirit of reconciliation.

Prior to Brett making terrible decisions and breaking the law, he was a compassionate leader who put others before himself. As a child he attended Tamura Elementary and was awarded the highest honor by his peers and teacher by being named the hall of fame student. This award was only given to two students per year and Brett was one of the recipients. Even at a young age, Brett's talent and ability to inspire others was starting to emerge. In high school, Brett was given the Bryce Dickerson Award in Baseball. Brett was given this award because of his dedicated work ethic, positive attitude regardless of the current situation, and ability to overcome adversity. As a mother, I was so proud to watch my son grow up and had such high hopes for his future. I never ever thought my son would break the law and hurt so many people.

Early in his career, Brett worked as a certified Applied Behavioral Analysis therapist and supervisor for the Oceanview School District. As a therapist, he provided services at school and at home for students with autism. The school district often assigned Brett to the students who needed the most help and had violent behaviors. Brett took pride in the fact that he was being assigned some of the toughest cases and again he excelled at his work. He truly cared about helping his student as well as the parent(s). My son approached each family and each student with gentleness and respect. He earned a well-deserved reputation for excellence and parents requested him many times.

Brett was also a volunteer leader at Younglife Youth Ministries for junior high and highschool kids. He was able to dedicate time to volunteer while working to pay for his college and taking a full college course load. Brett thrived at Younglife and wanted to show kids with his actions how to live a better life. One of my favorite stories is when a few of the high school boys he mentored were struggling with underage drinking and Brett decided to completely stop drinking alcohol himself so the high school boys could see that drinking alcohol was not necessary to have fun and thrive in life. Brett hasn't drank alcohol since promising these high school boys he would give it up.

Growing up and into adulthood, my son was known by friends, peers, teachers, coaches and family members to be a compassionate, caring, hardworking, and encouraging young man. Brett's sister relied immensely on his help as she struggled growing up. We were all shocked to

find out that Brett had broken the law and committed federal crimes. It broke my heart to learn my son lost his way and created many victims in the process. Since being indicted, I have witnessed Brett return to his former self. Nowadays, he is the best father and husband I have ever seen. Even while waiting for his sentence and sanction he is utterly devoted to his children, and his wife. They all look up to him as their hero and their rock. He is once again showing that actions speak louder than words. He has been honest and open with his family about his terrible decisions. His 9 year old daughter Willow even said, "You were good, then bad, and now you are good again." He is committed to building a new track record over several decades that will make his family proud. Their new family motto is a Bartlett "Never Gives Up."

Today, I can honestly say that I can see my son has made his way back to his true self which is a blessing for me. I do understand and know he committed and pleaded guilty to federal crimes, created victims, and will have serious consequences for his actions. I also know my son will do everything in his power to make things right for the rest of his life.

I raised Brett in the Catholic Church. He knows he has entered a period of atonement for the harm he caused. I pray for my son and for the investors who lost money. I pray that justice will be tempered with mercy, so all parties can move towards a day of forgiveness and peace.


Sincerely,


Laurie Bartlett

9442 Grackle Ave
Fountain Valley California 92708

Dear Unit Team,

Please accept this character reference letter in support of Brett Bartlett.

I first met Brett in 2013 through his sister-in-law. I could tell he was a super-friendly and kind person who adored his wife and first-born (at the time). While I was in college, Brett hired me on weekends to buy items at garage sales for his online store. After I graduated, I worked full-time for Brett and Noél in their online clothing business and occasionally helped them around the house once they welcomed their second daughter. Then, I moved in and lived with the Bartlett family from 2016 until 2018.

I saw Brett's high points and low points during those years. As a manager, he gently guided his employees and gave us room to discover our strengths. Brett taught me his evidence-based, data-centric approach to decision-making. He gave me the chance to excel in teaching and speaking about these methods while also letting me apply them to explore my interest in the health and nutrition space. Overall, he cheered me on and nurtured my personal skills and vision.

Brett also nurtures and encourages his four children on a daily basis. He is very attentive and gentle with them. In my opinion, the Bartlett kids are the best kids I ever met. They are empathetic, curious, brilliant, and polite. I just saw them last weekend, and they seemed as loving and energetic as ever.

Brett facilitated company prayer meetings for everyone who chose to join in. One of these meetings happened to fall on my birthday, so the group offered to pray over me and speak into my life. Brett made a point to ask all of the men in the room to pray for restoration in my life in any area where men had caused me mistreatment or abuse. He prayed that God would heal the brokenness in my heart. Brett did not know in detail about the bad relationship dynamics I was in back then, but it was clear in that moment that he knew I was struggling. That prayer meeting had a profound effect on me and Bretts prayer made me realize I was seen by others in a time when I thought I was alone. No matter what anyone says, I know Brett is an observant, compassionate, loving human being who truly cares about other people.

Brett and I have had several conversations about his federal case. He painted a clear picture of what went on. He admits he was wrong and takes full responsibility for breaking the law. Brett does not try to justify his actions or minimize the harm he caused to his victims. I know he never wanted his business ventures to end this way.

I was there when Brett's business started and collapsed. I watched him get sick with stress. He believed he could save the day, so he kept pushing and pushing. It was hard for me to see him like that. These days, Brett is doing much better. Now that he has come clean about what happened, he looks bright and healthy again. I have total faith in his future as a husband, father, and contributing member of society.

Brett is most importantly an amazing father and husband, but he is also an extraordinarily talented person. I would work with him again and, if I was running a company, I would definitely hire him. I am confident Brett will return to a meaningful, productive life again. He has been there for me when I needed help most, so I feel honored to be there for him today.

Respectfully,


Glyn Kennedy
1900 Chapala Street
Santa Barbara, CA  93101
glynevelyn@gmail.com
805-895-3923

Dear Unit Team,

I worked for Brett Bartlett for six years. It is still hard for me to process that my close friend is facing a prison sentence. We have spoken about his case several times over the last four years. He feels very badly about the families who trusted him and lost money. Brett has been crystal clear about things he wishes he would have done differently. I believe he is 100% committed to paying his restitution and doing whatever possible to make peace with his investors.

I met Brett ten years ago through friends at Rock Harbor Church. He hired me to work part-time on his ecommerce business doing retail arbitrage, finding resale items at garage sales, and packing orders. I went to a full-time schedule a year later, including work at the company warehouse in Yorba Linda.

Brett was a great boss and careful listener. I never saw him get angry or take out his frustrations on other people. His goal was to foster a caring, family-like atmosphere. As busy as he was, Brett was approachable and made time for me when I had questions. Brett and I became friends as I took on more responsibility at work.

Brett was my mentor and inspired me to start my own entrepreneurial projects. I now have a full-time marketing job plus a motorcycle supply ecommerce business. I learned my job skills, work habits, and positive attitude during my apprenticeship with Brett. I still bounce ideas off of him to hear his input. I would love to work with Brett again in the future if I had the chance. Despite this legal case, I still trust and admire him. I do not doubt his fundamental decency and good character.

Brett did his best to shield me and the rest of the employees from the stress of his indictment. He took personal responsibility for what happened and carried the emotional burden alone. I will never forget how he has maintained a healthy outlook for the last few years. I don't think I could have managed such difficult circumstances while raising four children. He is a great role model for resilience and a perfect example of how pain teaches wisdom.

I will be there for Brett and his family in the months and years ahead. I thank God for his friendship. I will pray for a lenient, merciful sentence and for his safe return home.

Sincerely,


Kolton Freck
843 Amigos Way
Newport Beach, CA 92660
kfreck828@gmail.com
714-309-4263

Dear Unit Team:

Thank you for considering my letter of support for Brett Bartlett.

I met Brett through his wife, Noel, who I have known for thirty years. Our families are very close and I often turn to Brett for marriage and parenting advice. I love and respect Brett, so I was shocked to hear about his legal trouble. Brett has been transparent with me about pleading guilty to a federal crime. He explained where he went wrong and has talked about the lessons he has learned. In my opinion, Brett has accepted responsibility with rigorous honesty and a genuine determination to make things right.

My husband went through a traumatic cancer battle a few years ago. Throughout that time, Brett was a compassionate, stable source of emotional support and wise counsel. He guided us through a difficult process when we felt disoriented, afraid and overwhelmed. I have seen Brett be the rock for many people over the years. I remember one particular young woman who was going through a hard time. Brett and Noel invited her to live in their home and helped her get back on track. By the time this young woman left, she had regained her footing and learned job skills she used to move forward in life. Brett has helped lots of people like this since I've known him, including me and my family.

I consider Brett to be the model of fatherhood. He is a consistent, devoted, hands-on dad for his four children. Brett cooks for them, homeschools them, gets them ready for bed, prays and reads with them. The children receive unconditional love, yet still have healthy rules and structure. All four children are extremely close to Brett. They look up to their father and are "daddy's girls." Brett takes his son on a walk in his stroller everyday and is very inclusive to our children as well when we are with them. Brett and Noel have taught their children to be kind, polite, respectful, obedient and generous. I aspire to be as good a parent as Brett is.

Recently, Brett advised my husband and I on our nonprofit ministry, Nevaeh Now. He gave us great information about building our organization and using social media to get the word out. Brett's presentations were organized, thorough, and insightful. He is a serious professional with a tremendous gift for communication and commerce. I would definitely hire or recommend Brett for work in the future.

Brett has expressed remorse about causing so much pain and trouble for his victims and his family. He has no illusions and has made no excuses. I have total faith in his ability to come to terms with the past and move forward with new strength and wisdom. Brett is a genuine blessing to his family, to my family, to our friends and to the community.

Sincerely,

Shea Smith
5615 Avenida Florencia
Yorba Linda, CA  92887

16

sheakarriesmith@gmail.com
714-496-2823

Dear Unit Team

My name is Cody Smith. Brett Bartlett has been my good friend for over 8 years, so it broke my heart to hear about his legal trouble. Brett has been honest with me about how he broke the law and hurt his investors. Your Honor, I am thankful for this opportunity to tell you about Brett from my point of view.

From the first time I met Brett, I could tell he was a loving family man who adored his children. He exudes positivity wherever he goes and people are drawn to him. Whenever I had tough times, Brett was there to listen to me and offer me his advice. At one point, Brett offered for me and my wife and daughter to move in with them during a time when I was not able to provide for rent. We ended up staying with my in-laws, but it spoke volumes to me about the loyalty and generosity that Brett has in his heart for me and my family.

Whenever I visited his home, I saw what a dutiful, committed husband and father he is. Brett is always on the move—taking out the trash, changing the diapers, feeding the kids, playing with them or doing anything else that needs to be done.

My dearly departed grandfather was a beloved preacher. I asked for Brett's help to set up a YouTube channel for my grandfather's sermons. Brett's genius blew me away. He patiently taught me new knowledge and technical skills. Thanks to Brett, my grandfather's voice reached 20,000 subscribers within one year. This meant the world to me and my entire family.

Brett and I had two long conversations about what happened in this federal case. He admitted where he went wrong and told me how much he wants to pay everyone back. Brett has been clear-eyed and steady about the prospect of going to prison. He took responsibility for breaking the law and knows there will be serious consequences.

This case did not change my opinion of Brett. I respect him for owning up to his mistakes and handling this situation with grace. In many ways, Brett seems healthier than ever. I feel like I've seen his mind rewiring with new connections. He has the same tender heart with deeper wisdom and a broader perspective. I have total faith that Brett's best days are ahead of him.

As a Christian minister, I have seen my fair share of hypocrites. Brett is not that way. I believe Brett has made a sincere confession of faith and is beginning his journey towards redemption. He is an extraordinarily talented, caring man, husband, father and friend who does not have a malicious bone in his body.


Respectfully,

Cody Smith

17

5615 Avenida Florencia Yorba Linda, CA 92887

Dear Unit Team,

My name is Michael Santos, Director of Prison Professors Charitable Corporation (PPCC). I am writing this letter to recognize Brett Bartlett for his ongoing contributions to our non-profit organization.

PPCC produces educational content to help people in prison prepare for law abiding, contributing lives upon release. Every federal prison in the United States uses our course, Preparing For Success After Prison. We also work with state prisons and jails.

Brett's involvement with PPCC began with the creation of a masterclass on leveraging social media using the Instagram platform. We then invited Brett to help PPCC create a social media presence: he enthusiastically volunteered his time and expertise. Despite our limited resources, Brett envisioned a strategy to amplify our message. With a commitment that went beyond mere consultation, he spearheaded our social media campaign, transforming our digital footprint.

With dedicated and skillful execution, Brett elevated our Instagram presence from non-existence to a thriving community of more than 22,000 followers in a matter of months, a number that now continues to grow by thousands each month. His work has spread awareness of our mission to a global audience and opened new avenues for justice-impacted to understand how to prepare for success in the digital economy, despite the hurdles their backgrounds may present.

The profound impact of Brett's volunteer work with PPCC underscores the benefits of his meaningful contributions to our community-focused initiatives of helping people in prison prepare for law-abiding, contributing lives. We are grateful for his commitment. Should his sanction include community service, it is our sincere hope that the Court and authorities consider allowing Brett to fulfill that obligation through continued involvement with the Prison Professors Charitable Corporation.

Respectfully,

Michael Santos, Director

Prison Professors Charitable Corporation.

18

**Financial Obligations:**

Besides a XX-month sentence, my judge imposed financial penalties totaling approximately $22.5 million. I recognize the seriousness of these obligations and was able to work while on pretrial release and save up for a small restitution payment. I look forward to working while in prison and 50% of my pay going towards my restitution.  I understand that all of these payments are small when compared to the millions I owe my victims. I am committed to building a new track record of honorable work that will help me find employment opportunities upon my release. Developing employment opportunities while in prison will help me make my restitution payments while on supervised release. While incarcerated  I will comply with the Financial Responsibility Program, as directed by my Unit Team.

Since my indictment, I have primarily focused on cooperating with authorities and taking full responsibility for my terrible decisions that lead to my criminal conviction. I understand that I created thousands of victims and will need to pay restitution while in prison and once I'm released.  I decided to use my time on pretrial release to begin developing new skills that will help me find potential employment upon my release. My new areas of focus are customer service, web development, and digital content creation for small businesses. During my pretrial release I have been getting several online certificates in customer service training and answering hundreds of customer service emails per day for my wife's consulting business. I love customer service because of the accountability and structure. I also believe in the future customers will crave customer support from a real human not a bot.

I'm so thankful my wife and a few clients have given me the opportunity to earn a small income doing customer service, web development, and digital content creation while on pretrial release that can go towards my restitution. I understand income opportunities as a convicted felon will be limited. That is why I started building a new work track record prior to my prison term that can help me find employment opportunities after my prison sentence and make my restitution payments.

**Risk and Needs Assessment:**

From reading the Bureau of Prisons' website, I learned a great deal about needs and risk assessments. Once I surrender, it's my understanding that I'll need to complete SPARC-13 survey that will help staff members measure 13 factors that can influence criminal behavior:

1.   Anger/hostility: I do not perceive that I have any anger management issues.

2.   Antisocial peers: I do not socialize or interact with people who violate the law. Despite my conviction, crime was not a way of life for me.

3.   Cognitions: I do not have any cognitive or learning impairments, and I consider myself a good learner.

4.   Dyslexia: I have never been diagnosed with dyslexia.

5.   Education: I have a high school diploma from Fountain Valley High School, a bachelor degree of science from Long Beach State University, and certifications in customer service.

6.   Family/parenting: I have excellent relationships with my immediate and extended family members. I look forward to returning home to my loving wife and children. I am happy to report that my children are bright, active, and healthy.

7.   Finance: My wife owns and operates a successful online consulting company that helps small businesses improve their social media, website, and customer service.

8.   Medical: I am committed to staying in good physical and mental shape. My poor vision does require me to wear prescription glasses. I have attached a copy of my prescription to this document

9.   Mental Health: Thanks to strong support from family and friends, I enjoy good mental health.

10. Recreation/Leisure/Fitness: I enjoy staying active with my kids, walking to the beach, and spending time with my family.

11. Substance abuse:  Thankfully I have no substance abuse issues.

12. Trauma:  Thankfully, I have experienced no significant trauma.

13. Work: I have always been a hard worker, and it's my hope that a solid, self-directed work ethic will allow me to return to gainful employment quickly.


**Personal Plan:**
   While serving my sentence, I will follow the guidance of my Unit Team. To the extent possible, I would like to participate in self-help and personal development courses. They should help me work toward repaying society for the problems I

created. I would like to volunteer to assist people who are trying to advance their education.

To address my needs, I intend to spend time reading to the best of my ability. To the extent possible, I intend to read books on leadership and personal development. After reading each book, I will take the following steps:

- Step 1: Write the title of each book I read.
- Step 2: Write the date I finished reading each book.
- Step 3: Write the title and the author of each book.
- Step 4: Write why I chose to read each book.
- Step 5: Write what I learned from reading each book.
- Step 6: Write how reading each book will contribute to my success upon release.

I have organized my reading list into the sections set forth below.  I designed those sections in response to what I've read about risk assessments and the SPARC-13.

- Thought – Books on personal growth will help me become a more thoughtful person and a better member of the broader community. Books on thought would address the SPARC13's emphasis on cognitions.

- Service– Given the SPARC-13's emphasis on personal accountability, I look forward to reading more about community-based service projects. My career has focused on international service commitments, so I want to learn more about ways I can serve my region and local community.

- Biography: Given the SPARC-13's emphasis on mental health, I have selected a series of biographies so that I can learn from people who've lived as contributing citizens. This book should address the criminogenic needs of antisocial peers, education, and mental health.

On the Bureau of Prisons' website, I found Program Statement 5350.27: Inmate Manuscripts. It complies with the Code of Federal Regulations, which holds that:

- "An inmate may prepare a manuscript for private use or for publication while in custody without staff approval."

The above Program Statement encourages me, as I intend to comply with all rules. But I want to publish the book reports I write. By documenting my journey through prison, I memorialize the various ways that a person can work to build mental health with a deliberate, intentional plan to prepare. Strength comes through transparency and reconciliation, and I plan to build a record showing how I used time in prison to grow stronger.

Before surrendering to serve my sentence, I will order the first two books. While waiting for guidance from my Unit Team, I will carry out the plan by reading. If appropriate, I will teach others how they can engineer a release plan that helps them prepare for success upon release.

By sending my book reports home, I will help my family stay in tune with the progress I'm making and keep our connection strong. We're working through these challenges together, and I want them to know of the preparations I'm making to grow stronger and persevere while I serve my sentence.

Besides adhering to my own plan, I also will follow guidance from the experts in the BOP.

**Advisors:**
I have collaborated with my family and close friends in developing this release plan. They will be my accountability partners in sticking true to the plan. I will continue to evolve the plan as I receive guidance from my unit team.

**Staff Guides: Federal Prison:**

Unit Manager Name:
Case Manager Name:
Counselor Name:
Work Detail Supervisor:
Halfway house Supervisor:
Probation Officer: