2:23-cr-20023-CSB-EIL    # 46-4    Filed: 11/11/24    Page 1 of 2

E-FILED
DocuSign Envelope ID: B45AF122-91C4-4DD4-A04D-F3822CA00500
Monday, 11 November, 2024 02:00:42 PM
Clerk, U.S. District Court, ILCD

April 7, 2024

Honorable Colin S. Bruce
United States District Judge
Central District of Illinois
United States Courthouse
201 S. Vine Street
Urbana, IL 61802

Dear Judge Bruce,

My name is Noél Bartlett and Brett Bartlett is my beloved husband of 15 years.

Since this legal process began, I have watched Brett come to terms with the hard truth of his criminal conduct. At first, we were both in denial. I know my husband's loving heart, so it seemed impossible to me at first. Then, the scales fell from our eyes. Brett took full responsibility for breaking the law and entered a guilty plea with a contrite heart. I am proud of him for owning up to the financial and emotional harm he caused his victims.

I met my husband on a blind double date. I immediately noticed his warm heart and amazing intellect. Brett was working as a therapist for children with autism at that time. He made such an impact that parents requested him by name from the school district. After a promotion, he created lesson plans, and specific techniques to help these special students gain skills, and help give them the ability to interact and function in typical life settings. He was always so loved and appreciated by his co-workers, parents, and all the children he was able to work with.

Brett later invited me to join him as a Young Life youth mentor. He felt a strong connection with high school boys who felt lost and needed positive role models in their lives. Brett has always had the ability to make people feel seen and heard. He made time and space for each and every young person and thought of them like his own family. I remember the kids gathering around Brett for lessons and discussions. My husband has a God-given gift for communication, and leadership.  I saw him open the kids' minds and change their hearts through his words and actions.

I felt hopeful when Brett combined his leadership skills with his entrepreneurial spirit. His goal was to build a company that served customers, employees, and investors. As he built his business, he showed his team members generosity and respect. He treated each and every person just like he had at Young Life—like cherished family members.

For a few years, it looked like Brett had achieved everything he set out to do. His company was succeeding and he was sharing his techniques with up-and-coming entrepreneurs across the country. Then, he made some bad judgment calls and things started to fall apart. As the business imploded, I felt afraid for Brett. He fell into a massive depression as he searched for a way to turn things back around. He tried to dig himself out of the hole, but the hole kept getting bigger. It was like watching a drowning person, desperate and gasping for air.

2:23-cr-20023-CSB-EIL   # 46-4   Filed: 11/11/24   Page 2 of 2

DocuSign Envelope ID: B45AF122-91C4-4DD4-A04D-F3822CA00500

2

I know my husband did not start his business to cheat people out of their money. He truly believed he was building something great that could lift up whole communities of people. I wish I could have done something to intervene before things got out of hand. I wish he would have stopped everything and asked for help in time.

I have watched Brett come to a new understanding of his actions. He now speaks openly about how he misled his investors and violated the law. He is telling the whole story, with a humble heart and a spirit of acceptance. He has already started building a new work track record. Brett has been working for me since his indictment and with boundaries set in place he has thrived in customer service, web design, and content creation. He has shown how exceptional he can be with creating healthy work habits, and with specific accountability and structure has a new outlook of what his work life should and will look like in the future. Brett is looking for ways to also use this experience to pay his restitution and help others. He's found new wisdom, a new attitude about life, and new dreams for the future. If given the opportunity I would gladly hire my husband following his sanction.

As he prepares for sentencing, Brett's first concern is for our four children—Cambria, Willow, Lula, and Zion. He is an extraordinary, attentive father who spends most of his time caring, teaching, and playing with them. Our children adore and love their father so much. He has started explaining what is happening to our two oldest daughters. He told them he broke the law and that he might have to go to prison because of this. I love my husband with all my heart and have forgiven him for his reckless actions. I stand beside him knowing that he is taking full responsibility and is doing all he can to make this right.

We are going through this painful process together as a family. Brett knows that he will be punished for violating the law and hurting his investors. I know that he will do his duty, serve his sentence with honor, and pay his restitution. No matter what happens next, I have total faith that Brett's best days are ahead of him.

Your Honor, please have mercy on my husband, Brett Bartlett.

Sincerely,


Noél Bartlett
625 Hartford Avenue
Huntington Beach, CA  92648

*DocuSigned by:*
*Noél Bartlett*
80AD299A49F843B...