E-FILED
Monday, 30 December, 2024  04:07:02 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  23-CR-20023 |
| | ) | |
| BRETT MICHAEL BARTLETT, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF PUBLICATION**

Notice of Criminal Forfeiture (Attachment 1) was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 17, 2024, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and as evidenced by the Advertisement Certification Report attached hereto as Attachment 2.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 30, 2024, at Springfield, Illinois.

Respectfully submitted,

GREGORY K. HARRIS
UNITED STATES ATTORNEY

By:  *s/John D. Hoelzer*
John D. Hoelzer, IL Bar No. 6295098
Assistant United States Attorney
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Email: john.hoelzer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2024, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record.

By:  *s/John D. Hoelzer*
      John D. Hoelzer, IL Bar No. 6295098
      Assistant United States Attorney
      United States Attorney's Office
      318 South Sixth Street
      Springfield, IL 62701
      Telephone: 217-492-4450
      Email: john.hoelzer@usdoj.gov

Attachment 1

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
COURT CASE NUMBER 23-CR-20023; NOTICE OF FORFEITURE**

Notice is hereby given that on August 15, 2024, in the case of <u>USA v. BRETT MICHAEL BARTLETT</u>, Court Case Number 23-CR-20023, the United States District Court for the Central District of Illinois entered an Order condemning and forfeiting the following property to the United States of America:

Lying and being situated in the 13th Civil District of Hickman County, Tennessee, as shown on plat filed in Plat Cabinet F, page 59, Register's Office, Hickman County, Tennessee and being more particularly bounded and described as shown on the Tax Books as a portion of Map 111, Parcel 023.00.

Being a parcel of land located in the Thirteenth Civil District of Hickman County, Tennessee, a portion of the Brian L. Henningsen and Debra L. Henningsen 77 acre tract recorded in Book 13, page 9283, bounded on the East by Henningsen and Parks, South and West by Burt, North by Humphrey, Allison, Atwood, and Page, and served by a 50-foot Easement to Grace Branch Road, said parcel being more particularly described as follows: Beginning at a point on the original Northerly boundary at the Southeast corner of Atwood and Southwest corner of Page's four-acre tract recorded in Deed Book 28, page 4521; thence, along the Southerly boundary of Page East 50.00 feet; thence, along a new division line South 14 deg. 42 min. West 1147.0 feet, more or less, to a point on the original Southerly boundary at the Northwest corner of Parks; thence, along the Westerly boundary of Parks South 02 deg. East 160 feet; South 10 deg. East 171 feet; South 11 deg. East 118 feet; South 06 deg. East 109 feet to a point at the Southeast corner of the herein described tract; thence, along the original Southerly boundary with Burt North 85 deg. West 521 feet; North 84 deg. West 148 feet; North 85 deg. West 261 feet; North 87 deg. West 277 feet; North 81 deg. West 174 feet to a point at the original Southwest corner; continuing with Burt North 06 deg. East 910 feet; North 08 deg. East 737 feet; North 05 deg. East 341 feet; North 07 deg. East 133 feet to a point at the original Northwest corner; thence, along the original Northerly boundary with Humphrey South 89 deg. 30 min. East 426 feet; South 79 deg. East 130.00 feet; continuing with Allison and Atwood South 11 deg. West 186 feet; South 07 deg. West 97 feet; South 05 deg. West 137 feet; South 02 deg. West 152 feet to a point at Atwood's Southwest corner; with the same Due East 268 feet; North 89 deg. East 163 feet; South 86 deg. East 195 feet; North 79 deg. East 192 feet to the beginning, containing 55 acres, more or less, according to the 77-acre deed description and a new division calculated by Boyd B. Gibbs, RLS #1598, 106 South Public Square, Centerville, Tennessee, dated August 16, 2018.

Being a portion of the property conveyed to Brian L. Henningsen and wife, Debra

L. Henningsen by Deed of John D. Wood and wife, Beulah A. Wood, dated June 7, 2004 and recorded June 9, 2004 at 2:27 P.M. in Book 13, page 9283, Register's Office, Hickman County, Tennessee.

Easement of ingress/egress recorded in Book 38, Page 2689, Register's office, Hickman County, Tennessee.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (August 17, 2024) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 218 U.S. Courthouse, 201 South Vine Street, Urbana, IL 61801, and a copy served upon Assistant United States Attorney John Hoelzer, 318 South 6th Street, Springfield, IL 62701. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney John Hoelzer, 318 South 6th Street, Springfield, IL 62701. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between August 17, 2024 and September 15, 2024.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. BRETT MICHAEL BARTLETT

**Court Case No:**       23-CR-20023
**For Asset ID(s):**     See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 08/17/2024 | 24.0 | Verified |
| 2 | 08/18/2024 | 23.9 | Verified |
| 3 | 08/19/2024 | 23.9 | Verified |
| 4 | 08/20/2024 | 23.8 | Verified |
| 5 | 08/21/2024 | 23.9 | Verified |
| 6 | 08/22/2024 | 24.0 | Verified |
| 7 | 08/23/2024 | 23.9 | Verified |
| 8 | 08/24/2024 | 23.9 | Verified |
| 9 | 08/25/2024 | 24.0 | Verified |
| 10 | 08/26/2024 | 23.8 | Verified |
| 11 | 08/27/2024 | 23.9 | Verified |
| 12 | 08/28/2024 | 23.9 | Verified |
| 13 | 08/29/2024 | 23.9 | Verified |
| 14 | 08/30/2024 | 24.0 | Verified |
| 15 | 08/31/2024 | 24.0 | Verified |
| 16 | 09/01/2024 | 23.9 | Verified |
| 17 | 09/02/2024 | 24.0 | Verified |
| 18 | 09/03/2024 | 23.9 | Verified |
| 19 | 09/04/2024 | 24.0 | Verified |
| 20 | 09/05/2024 | 23.9 | Verified |
| 21 | 09/06/2024 | 23.9 | Verified |
| 22 | 09/07/2024 | 23.8 | Verified |
| 23 | 09/08/2024 | 23.9 | Verified |
| 24 | 09/09/2024 | 23.9 | Verified |
| 25 | 09/10/2024 | 23.9 | Verified |
| 26 | 09/11/2024 | 24.0 | Verified |
| 27 | 09/12/2024 | 23.9 | Verified |
| 28 | 09/13/2024 | 24.0 | Verified |
| 29 | 09/14/2024 | 23.9 | Verified |
| 30 | 09/15/2024 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.