# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

UNITED STATES OF AMERICA

vs.

BRETT MICHAEL BARTLETT

Case No. 23-20023-01

**ORDER**

This cause is before the Court sua sponte.

On November 25, 2024, Defendant was sentenced and convicted to 188 months imprisonment, 3-year term of supervised release and $600 special assessment. The Clerk's Office received Defendant's passport on June 1, 2023, and the passport remains in the Court's possession.

A passport remains the property of the United States and must be returned to the Government upon demand pursuant to 22 C.F.R. §51.7. The Court considers that the Department of State makes an informal demand for a return of a passport upon conviction. This leaves the Court's discretion to return a passport to the probation officer pending termination of supervised release or to send it back to the Department of State.

Ergo, the Clerk is DIRECTED to return Defendant's passport, with a copy of the Judgment, to the United States Department of State, CA/PPT/L/LA, 44132 Mercure Circle, PO Box 1243, Sterling, VA 20166-1227.

DATED: January 14, 2025

s/Colin S. Bruce
COLIN S. BRUCE
UNITED STATES DISTRICT JUDGE