UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 23-CR-20023 |
| ) | |
| BRETT BARTLETT, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF LACK OF OBJECTION TO THE UNITED STATES OF AMERICA'S MOTION FOR ORDER OF RESTITUTION AND TO DISMISS CORPORATE DEFENDANTS**

Defendant, Brett Bartlett, by and through his attorney Peter J. Lynch, hereby files his Notice of Lack of Objection to the United States of America's Motion for Order of Restitution and to Dismiss Corporate Defendants. In support thereof, Defendant states as follows:

1. On January 17, 2025, Assistant United States Attorney, Eugene Miller filed the United States of America's Motion for Order of Restitution and to Dismiss Corporate Defendants.

2. The restitution amount sought in the motion and proposed order is higher than the restitution figure discussed at the Sentencing Hearing and the Defendant's Pre-Sentence Investigation Report.

3. The undersigned counsel has sent the necessary documents to Mr. Bartlett and he does not object to the new restitution figure or the proposed entry of order.

Date:  January 21, 2025           Respectfully submitted,

/s/ Peter J. Lynch
Attorney for Defendant Brett Bartlett
4600 N. Brandywine Dr., Suite 200
Peoria, IL 61614

Phone: (309) 688-9400
plynch@hrbklaw.com

CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Eugene Miller, U.S. Attorney's Office, 201 S. Vine St., Urbana, IL 61802.

By: s/Peter J. Lynch
Peter J. Lynch, Attorney for Defendant