# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 23-CR-20023-001 |
| ) | |
| BRETT BARTLETT, ) | |
| ) | |
| Defendant. ) | |

## ORDER REGARDING RESTITUTION

THIS MATTER COMING BEFORE THIS COURT, pursuant to Title 18, United States Code, Section 3664, for an order of restitution, and the Court being fully advised in the premises based on the Presentence Report, the filings of the parties, and the evidence and arguments presented during the various hearings in this matter,

IT IS THEREFORE ORDERED that the defendant shall make restitution to the 690 payees on the attached spreadsheet in the amounts listed therein, in the total amount of $24,115,185.58, which amount is due and payable immediately, including during the period of imprisonment. Additionally, the defendant shall make monthly payments of at least fifty percent of his disposable income per month during the entire term of supervised release or until the restitution is paid in full. All payments, except those made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

ENTERED this __24th__ day of January, 2025.

*s/ Colin S. Bruce*
COLIN S. BRUCE
UNITED STATES DISTRICT COURT JUDGE